| | | |
|---|---|---|
| AO 440 (Rev. 10/93) Summons in a Civil Action | **RETURN OF SERVICE** | |
| SERVICE OF: | SUMMONS IN A CIVIL CASE, COMPLAINT | |
| EFFECTED (1) BY ME: | MARIAN ZWIERZYNSKI | |
| TITLE: | PROCESS SERVER | DATE: 03/14/2008 02:39PM |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

JOHNSON & JOHNSON PLAZA PHARMACEUTICAL RESEARCH & DEVELOPMENT, LL.C. FKA R.W. JOHNSON PHARMACEUTICAL RESEARCH INSTITUTE

Place where served:

ONE JOHNSON & JOHNSON PLAZA   NEW BRUNSWICK NJ 089##

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

KIM GIGANTE

Relationship to defendant: AUTHORIZED AGENT

Description of person accepting service:

SEX: F__ AGE: 36-50__ HEIGHT: 5'4"-5'8"__ WEIGHT: 131-160 LBS.__ SKIN: WHITE__ HAIR: BLACK__ OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____.___     SERVICES $ _____.___     TOTAL $ _____.___

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 03 / 14 / 20 08

_____ L.S.
SIGNATURE OF MARIAN ZWIERZYNSKI
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

03.14.08

J.S. Velez

JANIRA SANTIAGO VELEZ
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires April 24, 2012

ATTORNEY:     MLELANIE H. MUHLSTOCK, ESQ.
PLAINTIFF:    NICOLE PERRY
DEFENDANT:    JOHNSON & JOHNSON, ET AL
VENUE:        DISTRICT OF NY
DOCKET:       08 CV 01969

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.