UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
NICOLE PERRY,                          :

          Plaintiff,                :

-against-                              :   Case No. 08 CV 01969

JOHNSON & JOHNSON, JOHNSON &           :   ECF Case
JOHNSON PHARMACEUTICAL
RESEARCH & DEVELOPMENT, L.L.C., f/k/a  :
R.W. JOHNSON PHARMACEUTICAL
RESEARCH INSTITUTE, and ORTHO-
McNEIL PHARMACEUTICAL, INC.            :

          Defendants.               :

                                     :
------------------------------------- X

## DEFENDANT JOHNSON & JOHNSON'S
## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), defendant Johnson & Johnson ("J&J") hereby discloses that it is a publicly held corporation with no publicly held corporation owning ten percent (10%) or more of Johnson & Johnson's stock. Johnson & Johnson further discloses that it does not have a parent corporation.

Dated: New York, New York
April 3, 2008

                                   **DECHERT LLP**

                                   /s/ Patrick G. Broderick
                                   Robert W. Sparks (RS 4250)
                                   Debra. D. O'Gorman (DO 1643)
                                   Patrick G. Broderick (PB 9556)
                                   30 Rockefeller Plaza
                                   New York, NY 10012
                                   (212) 698-3500
                                   Email: patrick.broderick@dechert.com

                                   Attorneys for Defendant J&J

## CERTIFICATE OF SERVICE

Patrick G. Broderick, an attorney admitted to practice before this Court, hereby affirms under penalty of perjury that on April 3, 2008, I caused a true and correct copy of the foregoing Defendant Johnson & Johnson's Rule 7.1 Disclosure Statement to be served via electronic filing upon all counsel so registered.

Dated: New York, NY
April 3, 2008

/s/ Patrick G. Broderick
Patrick G. Broderick (PB 9556)