UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------- X
NICOLE PERRY,                                     :
          Plaintiff,                        :
-against-                                         :  Case No. 08 CV 01969
                                                  :  ECF Case
JOHNSON & JOHNSON, JOHNSON &
JOHNSON PHARMACEUTICAL
RESEARCH & DEVELOPMENT, L.L.C., f/k/a            :
R.W. JOHNSON PHARMACEUTICAL
RESEARCH INSTITUTE, and ORTHO-
McNEIL PHARMACEUTICAL, INC.                       :

          Defendants.                      :

                                                  :
------------------------------------------------- X

## DEFENDANT JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH & DEVELOPMENT, L.L.C.'S RULE 7.1 DISCLOSURE STATEMENT

      Pursuant to Federal Rule of Civil Procedure 7.1(a), defendant Johnson & Johnson Pharmaceutical Research & Development, L.L.C. hereby discloses that it is a limited liability company of which Ortho-McNeil-Janssen Pharmaceuticals, Inc. is the sole member. Ortho-McNeil-Janssen Pharmaceuticals, Inc. is a wholly owned subsidiary of Johnson & Johnson. Johnson & Johnson is a publicly traded corporation.

Dated: New York, New York
April 3, 2008

DECHERT LLP

/s/ Patrick G. Broderick
Robert W. Sparks (RS 4250)
Debra. D. O'Gorman (DO 1643)
Patrick G. Broderick (PB 9556)
30 Rockefeller Plaza
New York, NY 10012
(212) 698-3500
Email: patrick.broderick@dechert.com

Attorneys for Defendant
Johnson & Johnson Pharmaceutical
Research & Development, L.L.C.

## CERTIFICATE OF SERVICE

Patrick G. Broderick, an attorney admitted to practice before this Court, hereby affirms under penalty of perjury that on April 3, 2008, I caused a true and correct copy of the foregoing Defendant Johnson & Johnson Pharmaceutical Research & Development, L.L.C.'s Rule 7.1 Disclosure Statement to be served via electronic case filing upon all parties so registered.

Dated: New York, NY
April 3, 2008

/s/ Patrick G. Broderick
Patrick G. Broderick (PB 9556)