UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
NICOLE PERRY,                          :

            Plaintiff,          :

-against-                              :   Case No. 08 CV 01969

JOHNSON & JOHNSON, JOHNSON &           :   ECF Case
JOHNSON PHARMACEUTICAL
RESEARCH & DEVELOPMENT, L.L.C., f/k/a  :
R.W. JOHNSON PHARMACEUTICAL
RESEARCH INSTITUTE, and ORTHO-
McNEIL PHARMACEUTICAL, INC.            :

           Defendants.         :

                                  :
------------------------------------- X

### DEFENDANT ORTHO-McNEIL PHARMACEUTICAL, INC.'S, NOW KNOWN AS ORTHO-McNEIL-JANSSEN PHARMACEUTICALS, INC., <u>RULE 7.1 DISCLOSURE STATEMENT</u>

Pursuant to Federal Rule of Civil Procedure 7.1(a), defendant Ortho-McNeil Pharmaceutical, Inc., now known as Ortho-McNeil-Janssen Pharmaceuticals, Inc., hereby discloses that it was a wholly owned subsidiary of Johnson & Johnson. Johnson & Johnson is a publicly traded corporation.

Dated: New York, New York
April 3, 2008

        **DECHERT LLP**

        /s/ Patrick G. Broderick
        Robert W. Sparks (RS 4250)
        Debra. D. O'Gorman (DO 1643)
        Patrick G. Broderick (PB 9556)
        30 Rockefeller Plaza
        New York, NY 10012
        (212) 698-3500
        Email: patrick.broderick@dechert.com

        Attorneys for Defendant
        Ortho-McNeil Pharmaceutical, Inc., now known as
        Ortho-McNeil-Janssen Pharmaceuticals, Inc.

## CERTIFICATE OF SERVICE

Patrick G. Broderick, an attorney admitted to practice before this Court, hereby affirms under penalty of perjury that on April 3, 2008, I caused a true and correct copy of the foregoing Defendant Ortho-McNeil Pharmaceutical, Inc.'s, now known as Ortho-McNeil-Janssen Pharmaceuticals, Inc., Rule 7.1 Disclosure Statement to be served via electronic filing upon all counsel so registered.

Dated: New York, NY
April 3, 2008

/s/ Patrick G. Broderick
Patrick G. Broderick (9556)